IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MILTON BROWN
a/k/a SULTAN IMMANUEL-El-BEY,

Plaintiff,

v.  Civil Action No. 3:18CV348

UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,

Defendants.

## MEMORANDUM OPINION

On June 1, 2018, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on June 13, 2018, the Court directed Plaintiff to pay an initial partial filing fee of $0.50 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 7/11/18
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge